UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

                                            Case No. 2:19-cv-05764-MIQA

STOUT ROAD HOTEL DEVELOPMENT, L.L.C, a
Pennsylvania Limited Liability
Company,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of settlement documents and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice with the Court retaining Jurisdiction to Enforce the Terms of the Settlement Agreement or, on good cause shown, to re-open the case for further proceedings.

Dated: March 16, 2020                    Respectfully submitted,

                                                */s/ Lawrence A. Fuller*
                                                Lawrence A. Fuller, Esq., *pro hac vice*
                                                Fuller, Fuller & Associates, P.A.
                                                12000 Biscayne Boulevard, Suite 502
                                                North Miami, FL 33181
                                                Telephone: (305) 891-5199
                                                Facsimile: (305) 893-9505
                                                Lfuller@fullerfuller.com

and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.658.0747
ddessen@dms-lawyer.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of March, 2020, the foregoing was sent to counsel for Defendant via Electronic Mail:

Benjamin S. Hakimfar, Esq.
Wurzak Hotel Group
4200 City Avenue
Philadelphia, PA  19131
Benjamin.hakimfar@wurzakhotels.com

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
Lfuller@fullerfuller.com
and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.658.0747
ddessen@dms-lawyer.com

Attorneys for Plaintiff